Argued and submitted January 25, affirmed February 27, 1991

Doretta SCHUETTE,
*Appellant,*

*v.*

Gregory FERRERA,
*Respondent.*

(16-89-0965; CA A64611)

806 P2d 184

Stephen A. Hutchinson, Eugene, argued the cause for appellant. With him on the briefs was Hutchinson, Anderson, Cox, Parrish & Coons, P.C., Eugene.

Donald E. Templeton, Portland, argued the cause for respondent. With him on the brief were Thomas H. Tongue, G. Kenneth Shiroishi and Dunn, Carney, Allen, Higgins & Tongue, Portland.

Before Warren, Presiding Judge, and Joseph, Chief Judge, and Edmonds, Judge.

PER CURIAM

## PER CURIAM

This is a personal injury action. Plaintiff seeks recovery for loss of consortium. Defendant's insurance carrier refused to cover that claim. Defendant's personal liability is not in issue.

What plaintiff wants determined now is whether the *insurer* is right or wrong. The trouble is that the insurer is not a party. Nothing that could be determined in this case could bind the insurer. There is nothing for us to decide.[1]

Affirmed.

---

[1] After the oral argument, counsel for defendant's insurer filed a "stipulation to be bound by jurisdiction and decision." It achieves nothing to correct the reviewability defect.